DANIEL G. BOGDEN
United States Attorney
District of Nevada

MICHAEL A. HUMPHREYS
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: Michael.humphreys@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 2:14-CV-101-APG-(CWH) |
| 1975 GRUMMAN AMERICAN G-1159 AIRPLANE, SERIAL NO. 157 TAIL REGISTRATION NO. N468HW, | |
| 1969 GRUMMAN AMERICAN G-1159 AIRPLANE, SERIAL NO. 50 TAIL REGISTRATION NO. N650KA, | |
| Defendants. | |

**UNITED STATES' SECOND UNOPPOSED MOTION TO
EXTEND CAFRA DEADLINE TO FILE COMPLAINT**

The United States of America by and through Daniel G. Bogden, United States Attorney for the District of Nevada and Michael A. Humphreys, Assistant United States Attorney, respectfully moves this Court to grant a thirty day extension, or until March 21, 2014 to file its forfeiture

. . .

complaint, *in rem* in the above-captioned action. The CAFRA deadline for the Government to file its complaint is currently February 21, 2014.

For its grounds, the United States says that the undersigned Assistant United States Attorney assigned to this case is still evaluating the case to determine the viability of filing a civil action. Since filing its first continuance a month ago, Government counsel has reviewed hundreds of documents and has spoken with experts and interested parties from two separate agencies; the DEA and the Federal Aviation Administration. If additional time is granted by this Court, Government Counsel intends to continue its consultation with lawyers and experts to assess the viability of a civil action. Government Counsel expects to complete its review of this matter within the next thirty days and to make its filing by then.

The undersigned has discussed this matter with Claimant's counsel, George Crow, and he has given Government counsel consent to inform this Court that he does not have an objection to this continuance.

WHEREFORE, the United States moves this Court to grant its motion to extend the time for the United States to file its reply brief in this matter for an additional thirty (30) days; or until March 21, 2014.

DATED this 21st day of February 2014.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

*/s/Michael A. Humphreys*
MICHAEL A. HUMPHREYS
Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: February 24, 2014

2