DANIEL G. BOGDEN
United States Attorney
District of Nevada

MICHAEL A. HUMPHREYS
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: Michael.humphreys@usdoj.gov

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>1975 GRUMMAN AMERICAN G-1159 AIRPLANE, SERIAL NO. 157 TAIL REGISTRATION NO. N468HW,<br><br>1969 GRUMMAN AMERICAN G-1159 AIRPLANE, SERIAL NO. 50 TAIL REGISTRATION NO. N650KA,<br><br>Defendants. | Case No. 2:14-CV-101-APG-(CWH) |

**UNITED STATES' FOURTH MOTION TO
EXTEND CAFRA DEADLINE TO FILE COMPLAINT**

The United States of America by and through Daniel G. Bogden, United States Attorney for the District of Nevada and Michael A. Humphreys, Assistant United States Attorney, respectfully moves this Court to grant a thirty day extension, or until April 28, 2014, to file its forfeiture complaint, *in rem* in the above-captioned action. The CAFRA deadline for the Government to file

its complaint is currently April 21, 2014. This Court granted a third continuance on this matter thirty days ago.

For its grounds, the United States says that the parties to this action, the United States of America, plaintiff, and the Claimant, Ford Electric, have reached a verbal agreement to settle the case, but need an additional few days to reduce the agreement to writing and to be executed by all of the interested parties, before presentation to this Court for approval.

The undersigned has discussed this matter with Claimant's counsel, George Crow, and he has given Government counsel consent to inform this Court that he does not oppose this seven-day extension.

WHEREFORE, the United States moves this Court to grant its motion to extend the time for the United States to file its complaint in this matter for an additional seven (7) days; or until April 28, 2014.

DATED this 21st day of April 2014.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/Michael A. Humphreys
MICHAEL A. HUMPHREYS
Assistant United States Attorney


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 22, 2014

# CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **UNITED STATES' FOURTH MOTION TO EXTEND CAFRA DEADLINE TO FILE COMPLAINT** was made by sending a copy of same by first class mail, addressed to the following addressee, on this 21st day of April, 2014:

<u>Regular U.S. Mail</u>

George E. Crow
Law Office of George E. Crow
Aviation Law Firm
P.O. Box 30
Katy, TX 77492-0146

/s/ Ray Southwick
Ray Southwick
Forfeiture Support Associates Paralegal