DANIEL G. BOGDEN
United States Attorney
Nevada State Bar No. 2137
Michael A. Humphreys
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Counsel for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   2:14-CV-101-APG-(CWH) |
| | ) |
| 1975 GRUMMAN AMERICAN G-1159 | ) |
| AIRPLANE, SERIAL NO. 157 | ) |
| TAIL REGISTRATION NO. N468HW, | ) |
| | ) |
| 1969 GRUMMAN AMERICAN G-1159 | ) |
| AIRPLANE, SERIAL NO. 50 | ) |
| TAIL REGISTRATION NO. N650KA, | ) |
| | ) |
| Defendants. | ) |

**DEFAULT JUDGMENT OF FORFEITURE AS TO BOGART HERNANDEZ CHAVEZ, BERTHA CRUZ, CHRISTIAN EDUARDO ESQUINO-NUNEZ, NORMA DEL ANGEL, ED NUNEZ, GERALD PITTS, CARLOS VILLAURRUTIA AND ALL PERSONS OR ENTITIES WHO CLAIM AN INTEREST IN THE 1975 GRUMMAN AMERICAN G-1159 AIRPLANE, SERIAL NO. 157 TAIL REGISTRATION NO. N468HW AND 1969 GRUMMAN AMERICAN G-1159 AIRPLANE, SERIAL NO. 50 TAIL REGISTRATION NO. N650KA**
**AND**
**FINAL JUDGMENT OF FORFEITURE AS TO THE 1975 GRUMMAN AMERICAN G-1159 AIRPLANE, SERIAL NO. 157 TAIL REGISTRATION NO. N468HW, THE 1969 GRUMMAN AMERICAN G-1159 AIRPLANE, SERIAL NO. 50 TAIL REGISTRATION NO. N650KA, FORD ELECTRIC COMPANY, AND NORMA GONZALEZ**

# I. FACTS

1.  Title 49 U.S.C. § 46306(d) authorizes the seizure and forfeiture of any aircraft whose use is related to a violation of subpart (b) of that same statute.  Subpart (b), in turn, makes it unlawful to knowingly and willfully falsify or misrepresent any material fact that is offered in connection with obtaining an official certificate to include an aircraft registration as issued by FAA.

2.  Christian Eduardo Esquino Nunez (herein after "Eduardo Nunez" or "Nunez"), is both a citizen of Mexico and a convicted felon in the United States, and as such is prohibited under federal law from owning or registering an aircraft for operation in the United States. However, through multiple sales arranged through strawbuyers to willfully conceal and misrepresent his involvement, Nunez was able to orchestrate the illegal ownership and use of the two defendant airplanes, 1975 Grumman American G-1159 Airplane, Serial No. 157 Tail Registration No. N468HW and 1969 Grumman American G-1159 Airplane, Serial No. 50 Tail Registration No. N650KA, in the United States.

3.  In January 2005, Nunez pled guilty in the United States District Court for the southern district of California to conspiracy to commit a fraud involving an aircraft.  He was sentenced, amongst other things, to 24 months incarceration and was deported to his native Mexico following his release from prison.

4.  A criminal investigation begun by the DEA in 2012 showed that Nunez owned and operated Starwood Management, LLC, and was responsible for registering several aircraft contrary to federal law.  To achieve his illegal goal, Nunez, amongst other things, also employed nominees to conceal his identity as the person in charge.

5.  The investigation showed that earlier, on December 31, 2007, Nunez assumed control of Starwood Management, LLC., and designated his sister-in-law, Norma Gonzalez a/k/a Norma de la Cruz, as the front person (or Managing Member) of the company.  Norma Gonzalez, a United States citizen, was a nominee or straw woman and in practice had no authority to run the company.

. . .

6. Starwood Management, LLC. purchased the N468HW aircraft on September 7, 2012. Nunez was the person who authorized the release of funds from the escrow company to complete the sale.

7. On January 30, 2013, N650KA, Inc. purchased the N650KA aircraft. Again, even though the funds originally came from the bank account of Bertha de la Cruz, Nunez authorized the release of funds from the escrow company to complete the sale.

8. On September 9, 2013, the N468HW aircraft, now owned by N468HW, Inc., was transferred, and not sold, to Ford Electric Co.

9. On September 10, 2013, the N650KA aircraft, owned by N650KA, Inc., was transferred, and not sold, to Ford Electric Co. Carlos Villaurrutia is the sole corporate officer of Ford Electric Co., holding multiple titles of President, Secretary and Director.  On information and belief, Carlos Villaurrutia is the nephew of Eduardo Nunez.

10. The transfers of both aircraft were performed by AeroTitle Company on September 9 and 10, 2013, respectively.  Jacinda Janko, President of AeroTitle, oversaw the escrow transactions for both aircraft.

11. In administering the sale of both airplanes through AeroTitle, Janko dealt exclusively with Eduardo Nunez.  Janko exchanged several emails and had several telephone conversations with a person who identified himself as Eduardo Nunez, wherein he instructed her on how to carry out all aspects of the transfer on behalf of Ford Electric Co.  Any and all information that Janko used to facilitate the transfer of ownership of both aircraft came directly and exclusively from Eduardo Nunez.

12. When the transactions were complete for both aircraft, Janko communicated that fact directly to Eduardo Nunez.

13. The Bills of Sale for the transfers of the N650KA and N468HW aircrafts were signed by Norma de la Cruz in September 2013, as Treasurer of both N650KA, Inc. and N468HW, Inc.  On information and belief, Norma de la Cruz is the sister-in-law of Eduardo Nunez.

. . .

14.     The Federal Aviation Administration Aircraft Application Registration forms for the two defendant aircrafts were signed by Norma del Angel (a/k/a Norma de la Cruz) in September 2013, as the President of Ford Electric Co.

15.     FltPlan.com is a company that aircraft owners use to file flight plans as well as submit flight manifests for the U.S. Department of Homeland Security and Customs and Border Protection. Records filed with Fltplan.com for aircraft N468HW, while the plane was held by Starwood Management, LLC, N468HW, Inc., and Ford Electric Co., showed that the Emergency Contact was identified as Eduardo Nunez, and listed a phone number and email address seen in escrow files associated with Eduardo Nunez. That information never changed as title in the aircraft changed from one company to the next.

## II. PROCEDURE

16.     The United States of America ("United States") filed a verified Complaint for Forfeiture in Rem on May 1, 2014.  Complaint, ECF No. 11.  The Complaint (ECF No. 11) alleges the defendant property:

a.     is subject to forfeiture, pursuant to Title 49 U.S.C. § 46306(d) which provides that the Administrator of DEA may seize and forfeit an aircraft whose use is related to a violation of subsection (b) of section 46306.  Specifically, the defendant aircraft is registered to a false or fictitious person, in violation of § 46306 (b)(4).

17.     On May 5, 2014, the Court entered an Amended Order for Summons and Warrant of Arrest in Rem for the Property and Notice and issued the Summonses and Warrants of Arrest in Rem. Amended Order for Summons and Warrant, ECF No. 16; Summonses and Warrants, ECF Nos. 17 and 18).

18.     Pursuant to the Amended Order (ECF No. 16), the Complaint (ECF No. 11), the Amended Order (ECF No. 16), the Summonses and Warrants (ECF Nos. 17 and 18), and the Notice of Complaint for Forfeiture (ECF No. 20, p. 13-15) were served on the 1975 Grumman American G-

4

1159 Airplane, Serial No. 157 Tail Registration No. N468HW and 1969 Grumman American G-1159 Airplane, Serial No. 50 Tail Registration No. N650KA, and all persons claiming an interest in the 1975 Grumman American G-1159 Airplane, Serial No. 157 Tail Registration No. N468HW and 1969 Grumman American G-1159 Airplane, Serial No. 50 Tail Registration No. N650KA.  Notice was published according to law.

19.     Pursuant to Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Fed. R. Civ. P. Supp. Rule") G(5), all persons interested in the defendant property were required to: (1) file a verified claim, setting forth the person's or its interest in the property, that (a) identifies the specific interest in the property claimed, (b) identifies the claimant and states the claimant's interest in the property, and (c) is signed by the claimant under penalty of perjury pursuant to 28 U.S.C. § 1746; (2) file the verified claim with the Clerk of the above-entitled Court no later than 35 days after the notice is sent or, if direct notice was not sent, no later than 60 days after the first day of publication on the official internet government forfeiture site, www.forfeiture.gov; (3) file an answer to the Complaint for Forfeiture in Rem or a motion under Rule 12 with the Clerk of the Court, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, NV 89101, no later than 21 days after filing the verified claim; and (4) serve a copy of the verified claim and the answer at the time of each filing on Michael A. Humphreys, Assistant United States Attorney, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Suite 5000, Las Vegas, Nevada 89101. Complaint, ECF No. 11; Amended Order for Summons and Warrant, ECF No. 16; Summonses and Warrants, ECF Nos. 17 and 18; Notice of Complaint, ECF No. 20, p. 13-15.

20.     Public notice of the forfeiture action and arrest was given to all persons and entities by publication via the official internet government forfeiture site, www.forfeiture.gov, from May 6, 2014, through June 4, 2014. Notice of Filing Proof of Publication, ECF Nos. 23-24.

21.     On May 8, 2014, the United States Marshals Service served the Complaint, the Amended Order, the Summonses and Warrants of Arrest in Rem for the Property, and the Notice by executing them on the defendant property. Notice of Filing Service of Process, ECF No. 19.

22.     On May 6, 2014, the United States Attorney's Office served the Complaint, the Amended Order for Summons and Warrant of Arrest in Rem for the Property and Notice, the Summonses and Warrants of Arrest in Rem for the Property, and the Notice of Complaint for Forfeiture and Arrest on Bogart Hernandez Chavez, Bertha Cruz, Ford Electric Co., Christian Eduardo Esquino-Nunez, Norma Gonzalez and/or Norma Del Angel, Ed Nunez, Gerald Pitts, Carlos Villaurrutia, and George Crow by and through George E. Crow, their counsel by certified return receipt mail and regular mail. Notice of Filing Service of Process, ECF No. 20, p. 1-7 and 13-30.

23.     On May 6, 2014, the United States Attorney's Office served the Complaint, the Amended Order for Summons and Warrant of Arrest in Rem for the Property and Notice, the Summonses and Warrants of Arrest in Rem for the Property, and the Notice of Complaint for Forfeiture and Arrest on Corporate Agents, LLC, Registered Agent for Ford Electric Co., by certified return receipt mail and regular mail. Notice of Filing Service of Process, ECF No. 20, p. 8-30.

24.     On May 30, 2014, Ford Electric Company and Norma Gonzalez filed a claim for each aircraft. Claims, ECF Nos. 21 and 22.

25.     On June 12, 2014, Ford Electric Company and Norma Gonzelez filed an Answer to the Complaint for each aircraft. Answer, ECF No. 25.

26.     On June 20, 2014, the United States filed a Stipulation for Compromise Settlement, regarding the 1975 Grumman American G-1159 Airplane, Serial No. 157 Tail Registration No. N468HW and 1969 Grumman American G-1159 Airplane, Serial No. 50 Tail Registration No. N650KA.  Claimant waived, among other things, service of process. Stipulation for Compromise Settlement, ECF No. 27.

27.     On June 20, 2014, the Court entered the Order granting the Stipulation for Compromise Settlement. Order Granting Stipulation for Compromise Settlement, ECF No. 28.

28.     No other person or entity has filed a claim, answer, or responsive pleading within the time permitted by 18 U.S.C.§ 983(a)(4) and Fed. R. Civ. P. Supp. Rule G(4) and (5).

. . .

29.     Bogart Hernandez Chavez is not in the military service within the purview of the Servicemen's Civil Relief Act of 2003. Exhibit 1.

30.     Bertha Cruz is not in the military service within the purview of the Servicemen's Civil Relief Act of 2003. Exhibit 2.

31.     Christian Eduardo Esquino-Nunez is not in the military service within the purview of the Servicemen's Civil Relief Act of 2003. Exhibit 3.

32.     Norma Del Angel is not in the military service within the purview of the Servicemen's Civil Relief Act of 2003. Exhibit 4.

33.     Ed Nunez is not in the military service within the purview of the Servicemen's Civil Relief Act of 2003. Exhibit 5.

34.     Gerald Pitts is not in the military service within the purview of the Servicemen's Civil Relief Act of 2003. Exhibit 6.

35.     Carlos Villaurrutia is not in the military service within the purview of the Servicemen's Civil Relief Act of 2003. Exhibit 7.

36.     On July 7, 2014, the United States filed a Motion for Entry of Clerk's Default against: (1) the 1975 Grumman American G-1159 Airplane, Serial No. 157 Tail Registration No. N468HW; (2) the 1969 Grumman American G-1159 Airplane, Serial No. 50 Tail Registration No. N650KA; (3) Bogart Hernandez Chavez; (4) Bertha Cruz; (5) Christian Eduardo Esquino-Nunez; (6) Norma Del Angel; (7) Ed Nunez; (8) Gerald Pitts; (9) Carlos Villaurrutia; and (10) and all persons or entities who claim an interest in the 1975 Grumman American G-1159 Airplane, Serial No. 157 Tail Registration No. N468HW and 1969 Grumman American G-1159 Airplane, Serial No. 50 Tail Registration No. N650KA in the above-entitled action except Ford Electric Co. and Norma Gonzalez. Motion for Entry of Clerk's Default, ECF No. 29.

37.     On July 9, 2014, the Clerk of the Court entered a Default against: (1) the 1975 Grumman American G-1159 Airplane, Serial No. 157 Tail Registration No. N468HW; (2) the 1969 Grumman American G-1159 Airplane, Serial No. 50 Tail Registration No. N650KA; (3) Bogart

Hernandez Chavez; (4) Bertha Cruz; (5) Christian Eduardo Esquino-Nunez; (6) Norma Del Angel; (7) Ed Nunez; (8) Gerald Pitts; (9) Carlos Villaurrutia; and (10) all persons or entities who claim an interest in the 1975 Grumman American G-1159 Airplane, Serial No. 157 Tail Registration No. N468HW and 1969 Grumman American G-1159 Airplane, Serial No. 50 Tail Registration No. N650KA in the above-entitled action except Ford Electric Company and Norma Gonzalez. Entry of Clerk's Default, ECF No. 30.

38.     Norma Gonzalez is neither a minor nor an incompetent person.

**III.  JUDGMENT**

39.     Pursuant to Fed. R. Civ. P. 54(c) and 55(d), the judgment by default does not "differ in kind from, or exceed [the] amount" of relief listed in the complaint for forfeiture.

**IV.  DEFAULT AND ENTRY OF DEFAULT**

40.     As shown above, the United States has requested entry of Clerk's Default against: (1) the 1975 Grumman American G-1159 Airplane, Serial No. 157 Tail Registration No. N468HW; (2) the 1969 Grumman American G-1159 Airplane, Serial No. 50 Tail Registration No. N650KA; (3) Bogart Hernandez Chavez; (4) Bertha Cruz; (5) Christian Eduardo Esquino-Nunez; (6) Norma Del Angel; (7) Ed Nunez; (8) Gerald Pitts; (9) Carlos Villaurrutia; and (10) all persons or entities who claim an interest in the 1975 Grumman American G-1159 Airplane, Serial No. 157 Tail Registration No. N468HW and 1969 Grumman American G-1159 Airplane, Serial No. 50 Tail Registration No. N650KA in the above-entitled action except Ford Electric Company and Norma Gonzalez. (ECF No. 29).  The Clerk entered the Default as requested (ECF No. 30).

**V.  NOTICE**

41.     Pursuant to Fed. R. Civ. P. Supp. Rule G(4)(a)(iv)(C), the United States published notice via the official internet government forfeiture site, www.forfeiture.gov, for thirty consecutive days. See above.  Pursuant to Fed. R. Civ. P. Supp. Rule G(4)(b), the United States served the Complaint, the Order for Summons and Warrant of Arrest in Rem for the Property and Notice, the . . .

1  Summons and Warrant of Arrest in Rem for the Property, and the Notice of Complaint for Forfeiture

2  and Arrest on all known potential claimants. See above.

3  **VI.  LEGAL SUFFICIENCY OF THE COMPLAINT**

4      42.    The Complaint filed in this action was verified.  The Court has subject matter

5  jurisdiction, in rem jurisdiction over the 1975 Grumman American G-1159 Airplane, Serial No. 157

6  Tail Registration No. N468HW and 1969 Grumman American G-1159 Airplane, Serial No. 50 Tail

7  Registration No. N650KA, and venue.  The Complaint described the property with reasonable

8  particularity.  The Complaint states where the seizure of the 1975 Grumman American G-1159

9  Airplane, Serial No. 157 Tail Registration No. N468HW and 1969 Grumman American G-1159

10 Airplane, Serial No. 50 Tail Registration No. N650KA occurred and its current location.  The

11 Complaint identifies the statute under which the forfeiture action is brought.  The Complaint alleges

12 sufficiently detailed facts to support a reasonable belief that the United States will be able to meet its

13 burden proof at trial. See facts above. Complaint, ECF No. 11. Fed. R. Civ. P. Supp. Rule G(2).

14     43.    The allegations of the Complaint are sustained by the evidence and are adopted as

15 findings of fact.  The Court concludes as a matter of law that the United States is entitled to the relief

16 requested in the Complaint.

17 **VII.  POTENTIAL CLAIMANTS**

18     44.    Ford Electric Company and Norma Gonzalez have entered into a Settlement Agreement

19 with the United States.  No other person has filed a claim and the time to file a claim has passed.

20     45.    Based on the foregoing this Court finds that the United States has shown its entitlement

21 to a Default Judgment of Forfeiture as to: (1) Bogart Hernandez Chavez; (2) Bertha Cruz; (3) Christian

22 Eduardo Esquino-Nunez;  (4)  Norma  Del  Angel;  (5)  Ed  Nunez;  (6)  Gerald  Pitts;  (7)  Carlos

23 Villaurrutia; and (8) all persons or entities who claim an interest in the 1975 Grumman American G-

24 1159 Airplane, Serial No. 157 Tail Registration No. N468HW and 1969 Grumman American G-1159

25 Airplane, Serial No. 50 Tail Registration No. N650KA and Final Judgment of Forfeiture as to 1975

26 Grumman  American  G-1159  Airplane,  Serial  No.  157  Tail  Registration  No.  N468HW  and  1969

Grumman American G-1159 Airplane, Serial No. 50 Tail Registration No. N650KA, Ford Electric Company, and Norma Gonzalez.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Default Judgment of Forfeiture is entered against: (1) Bogart Hernandez Chavez; (2) Bertha Cruz; (3) Christian Eduardo Esquino-Nunez; (4) Norma Del Angel; (5) Ed Nunez; (6) Gerald Pitts; (7) Carlos Villaurrutia; and (8) and all persons or entities who claim an interest in the 1975 Grumman American G-1159 Airplane, Serial No. 157 Tail Registration No. N468HW and 1969 Grumman American G-1159 Airplane, Serial No. 50 Tail Registration No. N650KA in the above-entitled action.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Final Judgment of Forfeiture is entered against the 1975 Grumman American G-1159 Airplane, Serial No. 157 Tail Registration No. N468HW and 1969 Grumman American G-1159 Airplane, Serial No. 50 Tail Registration No. N650KA, Ford Electric Company, and Norma Gonzalez.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the 1975 Grumman American G-1159 Airplane, Serial No. 157 Tail Registration No. N468HW and 1969 Grumman American G-1159 Airplane, Serial No. 50 Tail Registration No. N650KA be, and the same is hereby forfeited to the United States of America, and no right, title, or interest in the property shall exist in any other party, other than Ford Electric Company and Norma Gonzalez, whose rights and liabilities are adjudged below.

IT IS FURTHER ORDERED, ADJUDED AND DECREED, that, the property having been forfeited, and after the receipt of a payment of $10,000.00 in United States Currency from Ford Electric and Norma Gonzalez to the United States of America, within a practicable time hereafter for the United States, the United States must release to Ford Electric Company and Norma Gonzalez, through attorney George E. Crow, the 1975 Grumman American G-1159 Airplane, Serial No. 157 Tail Registration No. N468HW and the 1969 Grumman American G-1159 Airplane, Serial No. 50 Tail Registration No. N650KA.

. . .

1      IT IS HEREBY CERTIFIED, pursuant to 28 U.S.C. § 2465(a)(2), that there was reasonable

2  cause for the seizure or arrest of the defendant property.

3

4                                 _____

                                   UNITED STATES DISTRICT JUDGE

5

6                                 DATED:_____July 16, 2015_____

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# EXHIBIT 1

Department of Defense Manpower Data Center

Results as of : Jun-10-2014 11:37:18 AM

SCRA 3.0



## Status Report
## Pursuant to Servicemembers Civil Relief Act

Last Name: <u>CHAVEZ</u>
First Name: <u>BOGART</u>
Middle Name: <u>HERNANDEZ</u>
Active Duty Status As Of: <u>Jun-10-2014</u>

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).  This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL: http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

## Certificate ID: WAVASD67R091Q00

# EXHIBIT 2

Department of Defense Manpower Data Center                    Results as of : Jun-10-2014 11:48:05 AM

SCRA 3.0



## Status Report
## Pursuant to Servicemembers Civil Relief Act

Last Name: CRUZ
First Name: BERTHA
Middle Name:
Active Duty Status As Of: Jun-10-2014

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | NA | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL: http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 521(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods.  Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.

## Certificate ID: JA75YDC7A0B7YB0

# EXHIBIT 3

Department of Defense Manpower Data Center <span>Results as of : Jun-10-2014 11:49:15 AM</span>

SCRA 3.0



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

Last Name: <u>ESQUINO-NUNEZ</u>

First Name: <u>CHRISTIAN</u>

Middle Name: <u>EDUARDO</u>

Active Duty Status As Of: <u>Jun-10-2014</u>

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940).  DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate.  In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL: http://www.defenselink.mil/faq/pis/PC09SLDR.html.  If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you.  See 50 USC App. § 521(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"
Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases
Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods.  Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service.  Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.

## Certificate ID: 0AOEIDC790B7M20

# EXHIBIT 4

Department of Defense Manpower Data Center

Results as of : Jun-10-2014 11:50:27 AM

SCRA 3.0



## Status Report
## Pursuant to Servicemembers Civil Relief Act

Last Name: <u>ANGEL</u>
First Name: <u>NORMA</u>
Middle Name: DEL
Active Duty Status As Of: <u>Jun-10-2014</u>

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL: http://www.defenselink.mil/faq/pis/PC09SLDR.html.  If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you.  See 50 USC App. § 521(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods.  Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service.  Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.

## Certificate ID: WA17WD07Q0B8700

# EXHIBIT 5

Department of Defense Manpower Data Center

Results as of : Jun-10-2014 11:51:15 AM

SCRA 3.0



### Status Report
### Pursuant to Servicemembers Civil Relief Act

Last Name: <u>NUNEZ</u>

First Name: <u>ED</u>

Middle Name:

Active Duty Status As Of: <u>Jun-10-2014</u>

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940).  DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate.  In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL: http://www.defenselink.mil/faq/pis/PC09SLDR.html.  If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you.  See 50 USC App. § 521(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods.  Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections.  Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service.  Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.

## Certificate ID: 5AGCTD57S0B8FF0

# EXHIBIT 6

Department of Defense Manpower Data Center

Results as of : Jun-10-2014 11:51:59 AM

SCRA 3.0



## Status Report
## Pursuant to Servicemembers Civil Relief Act

Last Name: <u>PITTS</u>
First Name: <u>GERALD</u>
Middle Name:
Active Duty Status As Of: <u>Jun-10-2014</u>

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL: http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

## Certificate ID: AAA2SD97U0B9210

# EXHIBIT 7

Department of Defense Manpower Data Center

Results as of : Jun-10-2014 11:52:55 AM

SCRA 3.0



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

Last Name: <u>VILLAURRUTIA</u>
First Name: <u>CARLOS</u>
Middle Name:
Active Duty Status As Of: <u>Jun-10-2014</u>

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | NA | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).  This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL: http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

## Certificate ID: CAV8UD87P0B9BB0